Gale Pearson
PEARSON, RANDALL &
SCHUMACHER, P.A.
100 S. Fifth Street, Suite 1025
Minneapolis, MN 55402
612.767.7500
*Attorneys for Plaintiffs,*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES, AND PRODUCT LIABILITY LITIGATION<br><br>This Document Relates To:<br>*Jerry Ryan v. Pfizer Inc., et al.*<br>(06-4701-CRB) | MDL NO. 1699<br><br>District Judge: Charles R. Breyer<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

COME NOW the Plaintiff in the above-entitled action and Defendants, by and through the undersigned attorneys, pursuant to Fed. R. Civ. Proc. 41(a), hereby stipulate to the dismissal of this action **with prejudice** with each side bearing its own attorneys' fees and costs.

DATED: December 30, 2009

Gale Pearson /Stephen Randall
PEARSON, RANDALL &
SCHUMACHER, P.A.
100 S. Fifth Street, Suite 1025
Minneapolis, MN 55402
612.767.7500
*Attorneys for Plaintiffs,*

-1-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

| | |
|---|---|
| 1  DATED: February 4, 2010 | |
| 2 | /s/ Michelle |
| 3 | Michelle W. Sadowsky<br>DLA PIPER LLP (US) |
| 4 | 1251 Avenue of the Americas<br>New York, NY 10020-1104 |
| 5 | 212.335.4500<br>*Attorneys for Defendants* |

**APPROVED AND SO ORDERED.**

DATED: FEB 17 2010

_____
CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

-2-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**